**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6053**

———————

CHARLES EDWARD SCRIVENS,

                                    Petitioner - Appellant,

        versus

B. A. BLEDSOE, Warden; K. M. WHITE; HARRELL
WATTS, Administrator,

                                    Respondents - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(CA-04-725-7)

———————

Submitted:  August 17, 2005        Decided:  September 16, 2005

———————

Before LUTTIG, GREGORY, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Edward Scrivens, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Edward Scrivens, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error because the claim is foreclosed by our recent decision in <u>Yi v. Federal Bureau of Prisons</u>, 412 F.3d 526 (4th Cir. 2005). Accordingly, we affirm the decision of the district court. <u>See</u> <u>Scrivens v. Bledsoe</u>, No. CA-04-725-7 (W.D. Va. Dec. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>